IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TREVON WILEY,

      Appellant,

v.

Case No.  5D23-451
LT Case No. 16-2019-CF-4186

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 27, 2023

Appeal from the Circuit Court
for Duval County,
Meredith Charbula, Judge.

Matthew J. Metz, Public Defender,
and Steven N. Gosney, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Damaris E.
Reynolds, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

      AFFIRMED.


EDWARDS, EISNAUGLE and PRATT, JJ., concur.